Timothy J. O'Hanlon, OSB No. 87309
MAUTZ BAUM & O'HANLON, LLP
101 SE BYERS AVE
PO BOX 628
PENDLETON OR 97801-0628
Telephone: (541) 276-2811
Fax:          (541) 276-0543
E-mail:    mbo@mautzetal.com
          Attorneys for Defendant Frank J. Spokas, Jr., M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GLENN H. SONSTENG, Personal Representative of the Estate of EDNA M. SONSTENG, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>THE DOMINICAN SISTERS OF ONTARIO, INC., an Oregon non-profit corporation, dba HOLY ROSARY MEDICAL CENTER; JOSEPH J. BOYLE, M.D., and FRANK J. SPOKAS, M.D.,<br><br>    Defendants. | Civil No. 3:06-CV-476-SU<br><br><br><br>DEFENDANT SPOKAS' MOTION TO DISMISS AND OR STRIKE<br>(Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)<br><br>**REQUEST FOR ORAL ARGUMENT** |

Timothy O'Hanlon, attorney for Defendant Spokas, made a good faith effort through telephone conference with plaintiff's attorney to resolve the

1 - DEFENDANT SPOKAS' MOTION TO DISMISS AND/OR STRIKE
    (Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)
                                                              (Case No. 3:06CV-476-SU)
    G:\NWP\1739-106\PLD\R-12-MOT.doc

dispute that is the subject of this motion. The parties have been unable to resolve the dispute.

Defendant Spokas moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss plaintiff's survival action. Because plaintiff alleges defendants' negligence caused her death, plaintiff's only action is under Oregon's wrongful death statute, ORS 30.020.

Defendant Spokas moves for an order striking plaintiff's paragraph 8 allegation of damages in excess of the statutory cap applicable to wrongful death actions. Fed. R. Civ. P. 12(b)(f).

Defendant additionally moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss plaintiff's Count II allegations, paragraphs 10 and 11. Count II alleges a continuing tort, presumably for the purpose of extending the applicable statute of limitations. Under Oregon law, there is no continuing tort basis for extending the statute of limitations. The allegations fail to state a claim.

DATED this __2nd__ day of October, 2006.

                                                    MAUTZ BAUM & O'HANLON, LLP

                                                   By: __/s/ Timothy J. O'Hanlon__
                                                          Timothy J. O'Hanlon
                                                          OSB No. 87309
                                                          Attorneys for Defendant
                                                              Frank J. Spokas, M.D.
                                                          (541) 276-2811

2 -  DEFENDANT SPOKAS' MOTION TO DISMISS AND/OR STRIKE
    (Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)
                                                  (Case No. 3:06CV-476-SU)
    G:\NWP\1739-106\PLD\R-12-MOT.doc

| | |
|---|---|
| RE: | **SONSTENG v. THE DOMINICAN SISTERS OF ONTARIO, INC., SPOKAS, ET AL** |
| CASE NO.: | **3:06-CV-476-SU** |
| DOCUMENT: | **DEFENDANT SPOKAS' MOTION TO DISMISS AND OR STRIKE (Fed R. Civ. P. 12(b)(6) and 12(f))** |

### CERTIFICATE - TRUE COPY

I HEREBY CERTIFY that the foregoing copy of the above-named document(s) is a complete and exact copy of the original.

MAUTZ BAUM & O'HANLON, LLP
Attorneys for Defendant Spokas

By:_____
Timothy J. O'Hanlon

====================================================================

### CERTIFICATE(S) OF SERVICE

**Electronic Filing/Mailing:**

I HEREBY CERTIFY that I served the above-named document(s) on the following by electronic filing and by mailing a **TRUE COPY** thereof, certified by me as such, contained in a sealed envelope with postage fully prepaid, addressed to the last known address and deposited in the post office at Pendleton, Oregon, on October 2, 2006:

| | |
|---|---|
| MR BERNARD JOLLES<br>JOLLES & BERNSTEIN PC<br>721 SW OAK ST 2ND FLR<br>PORTLAND OR  97205 | Attorneys for Plaintiff Sonsteng |
| MR CARL BURNHAM JR<br>YTURRI ROSE LLP<br>89 SW 3RD AVE<br>PO BOX S<br>ONTARIO  97914 | Attorneys for Defendant Dominican Sisters of Ontario, Inc. |
| MR DAVID C LANDIS<br>ATTORNEY AT LAW<br>1515 SW 5TH AVE  #844<br>PORTLAND OR  97201 | Attorney for Defendant Boyd, M.D. |

MAUTZ BAUM & O'HANLON, LLP
Attorneys for Defendant Spokas

By:   /s/ Timothy J. O'Hanlon
        Timothy J. O'Hanlon

3 - DEFENDANT SPOKAS' MOTION TO DISMISS AND/OR STRIKE
    (Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)

(Case No. 3:06CV-476-SU)

G:\NWP\1739-106\PLD\R-12-MOT.doc