**David C. Landis,** OSB 62050
landis@dclandis.com
1515 SW Fifth Avenue, Suite 844
Portland OR  97201-5447
(503) 224-5680 Telephone
(503) 224-5826 Facsimile
    Attorney for Defendant Boyle

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EDNA M. SONSTENG, ) | |
| ) | |
| Plaintiff, ) | Case No.  CV06 476 KI |
| ) | |
| v. ) | |
| ) | |
| THE DOMINICAN SISTERS OF ONTARIO, ) | MOTIONS TO DISMISS |
| INC., an Oregon non-profit corporation, dba ) | AMENDED COMPLAINT |
| Holy Rosary Medical Center; JOSEPH J. ) | By Defendant Boyle |
| BOYLE, M.D.; and, FRANK J. SPOKAS, M.D., ) | |
| ) | |
| Defendants. ) | |

Certification Under LR 7.1

    Counsel for defendant Joseph J. Boyle, M.D., and plaintiff's counsel made a good faith effort through telephone conference to resolve the disputes and have been unable to do so.

Motion

Defendant Boyle moves the court for its Orders as follows:

    1.  Dismissing plaintiff's claim for a survival action on the ground that the amended complaint fails to state a claim upon which relief can be granted as a survival action;

    2.  Dismissing Count I of the amended complaint on the ground that the first count shows on its face that it is barred by the statute of limitations because it does not allege a misrepresentation sufficient to toll the ultimate repose period, five years from the date of treatment, as

**PAGE 1 MOTIONS OF DEFENDANT BOYLE TO DISMISS AMENDED COMPLAINT**

to defendant Boyle.

      3.  Dismissing Count II of the amended complaint on the ground that the second count shows on its face that it is barred by the statute of limitations because it does not allege facts sufficient to toll the five-year ultimate repose period as to defendant Boyle.

      Defendant Boyle relies on FRCP 12(b)(6) and the accompanying memorandum.

                                                  s/ David C. Landis
                                      David C. Landis, OSB No. 62050
                                      (503) 224-5680
                                      Attorney for Defendant Boyle

**PAGE 2 MOTIONS OF DEFENDANT BOYLE TO DISMISS AMENDED COMPLAINT**

### CERTIFICATE OF SERVICE

      I certify that I served the foregoing MOTIONS TO DISMISS THE AMENDED COMPLAINT on:

Bernard Jolles
Jolles & Bernstein PC
721 SW Oak Street, 2nd Floor
Portland OR  97205-3791
**Facsimile No. 503-228-0836**
    ATTORNEYS FOR
    FOR PLAINTIFF

Carl Burnham, Jr.
Yturri Rose, LLP
PO Box S
Ontario OR  97914-
**Facsimile No. 541-889-2432**
    ATTORNEYS FOR
    DEFENDANT HOLY ROSARY MEDICAL CENTER

Timothy J. O'Hanlon
Mautz Baum & O'Hanlon LLP
PO Box 628
Pendleton, OR  97801-0628
**Facsimile No. 541-276-0543**
    ATTORNEYS FOR
    DEFENDANT SPOKAS

on October __10__, 2006:  via facsimile transmission and regular U.S. Mail, contained in a sealed, postage-paid envelope, addressed to counsel of record as shown above, and deposited with the Port Office at Portland, Oregon on said date.

        s/David C. Landis
    David C. Landis, OSB No. 62050
    (503) 224-5680
    Attorney for Defendant Boyle