Carl Burnham, Jr., OSB 64008
cburnham@yturrirose.com
Karen V. Wiggins, OSB 85440
YTURRI ROSE, LLP
P O  Box 'S'
Ontario OR  97914
Telephone: (541) 889-5368
Facsimile: (541) 889-2432

  Of Attorneys for Defendant The Dominican Sisters
 Of Ontario, Inc. Dba Holy Rosary Medical Center


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


| | |
|---|---|
| **EDNA M. SONSTENG,** | Case No. CV06 476 SU |
| Plaintiff, | **MOTION TO DISMISS AMENDED COMPLAINT** |
| -vs- | (By Defendant The Dominican Sisters of Ontario, Inc. dba Holy Rosary Medical Center) |
| **THE DOMINICAN SISTERS OF ONTARIO, INC.,** an Oregon non-profit corporation, dba, **HOLY ROSARY MEDICAL CENTER; JOSEPH J. BOYLE, M.D.,** and **FRANK J. SPOKAS, M.D.,** | |
| Defendants. | |

---

<u>Certification Under LR 7.1</u>

    Counsel for Defendant The Dominican Sisters of Ontario, Inc. dba

Holy Rosary Medical Center (hereinafter HRMC), and plaintiff's counsel

Page 1 - MOTION TO DISMISS AMENDED COMPLAINT
(332006/cw/d2/12Oct06)

made a good faith effort through telephone conference to resolve the disputes and have been unable to do so.

<u>Motion</u>

Defendant HRMC moves the Court for its Orders as follows:

1.    Dismissing plaintiff's claim for a survival action on the ground that the amended complaint fails to state a claim upon which relief can be granted as a survival action;

2.    Dismissing Count I of the amended complaint on the ground that the first count shows on its face that it is barred by the statute of limitations because it does not allege a misrepresentation sufficient to toll the ultimate repose period, five years from the date of treatment, as to defendant HRMC.

3.    Dismissing Count II of the amended complaint on the ground that the second count shows on its face that it is barred by the statute of limitations because it does not allege facts sufficient to toll the five-year ultimate repose period as to defendant HRMC.

Defendant HRMC relies on FRCP 12(b)(6) and the accompanying memorandum.

DATED this ___12___ day of October, 2006.

                         YTURRI ROSE, LLP


                         _____ for
                         Karen V. Wiggins, OSB 85440
                         Carl Burnham, Jr.
                         OSB #64008
                         Telephone:  541/889-5368
                         Of Attorneys for Defendant HRMC


Page 2 - MOTION TO DISMISS AMENDED COMPLAINT
(332006/cw/d2/12Oct06)

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the ___12___ day of October , 2006, I caused to be served a true copy of the foregoing MOTION TO DISMISS COMPLAINT by the method indicated below,

     _X__ U.S. Mail, Postage Prepaid
     _____ Hand Delivered
     _____ Overnight Mail
     _____ Facsimile Transmission
     _____ Electronic Submission

and addressed to each of the following individuals:


Bernard Jolles
Jolles & Bernstein PC
721 SW Oak Street
Portland, OR 97205
 Of Attorneys for Plaintiff


Mr. Timothy J. O'Hanlon
Mautz Baum & O'Hanlon LLP
PO Box 628
Pendleton, OR 97801-0628
 Of Attorneys for Defendant Spokas

David C. Landis
Attorney at Law
1515 SW 5th Ave #844
Portland, OR 97201
  Attorney for Defendant Boyle


             YTURRI ROSE LLP


             _____
             Of  Attorneys  for  Defendant  The  Dominican
             Sisters  of  Ontario,  Inc.  dba  Holy  Rosary
             Medical Center


CERTIFICATE OF SERVICE