**Bernard Jolles**, OSB #63939
berniej@jollesbernstein.com
**Candice Rutter**, OSB #02520
candicer@jollesbernstein.com
JOLLES & BERNSTEIN, P.C.
721 S.W. Oak Street, 2nd Floor
Portland, Oregon 97205-3791
Telephone: 503.228.6474
Facsimile: 503.228.0836
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GLENN H. SONSTENG, Personal Representative of the Estate of EDNA M. SONSTENG, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE DOMINICAN SISTERS OF ONTARIO, INC., an Oregon non-profit corporation, dba HOLY ROSARY MEDICAL CENTER; JOSEPH J. BOYLE, M.D., and FRANK J. SPOKAS, M.D.,<br><br>Defendants. | Civil No. CV06 476 SU<br><br>MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT |

**LR 7.1 CERTIFICATION**

Counsel for plaintiff certifies that the parties made a good faith effort through telephone conference with counsel for each defendant to resolve the issues raised in plaintiff's

Page 1 - MOTION TO FILE SUPPLEMENTAL BRIEF IN RESPONSE TO
DEFENDANTS' MOTIONS TO DISMISS AMENDED COMPLAINT

supplemental response to defendants' motions to dismiss amended complaint, and, while defendants' counsel do not agree with plaintiff's position, they have no objection to the filing of an additional memorandum so long as they have time to respond.

## MOTION

Pursuant to LR 7.1(g)(3), plaintiff moves the court for an order permitting her to file a supplemental brief in support of her opposition to defendants' motions to dismiss to permit her to present additional authority. This motion is based upon the memorandum filed simultaneously herewith.

Dated: March 16, 2007.

JOLLES & BERNSTEIN, P.C.

_____
Bernard Jolles, OSB #63039
Candice Rutter, OSB #02520
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2007, I served a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS** by the method indicated below, and addressed to the following person(s) at the address(es) indicated:

| | |
|---|---|
| Carl Burnham, Jr.<br>Yturi Rose LLP<br>P. O. Box "S"<br>Ontario OR 97914 | BY HAND ___<br>U.S. MAIL _X_<br>FED.X ___<br>BY FAX ___ |

Attorneys for Defendant Hospital

| | |
|---|---|
| Timothy J. O'Hanlon<br>Mautz Baum & O'Hanlon, LLP<br>P. O. Box 628<br>Pendleton, OR 97801-0628 | BY HAND ___<br>U.S. MAIL _X_<br>FED.X ___<br>BY FAX ___ |

Attorneys for Defendant Spokas

| | |
|---|---|
| David C. Landis<br>Attorney at Law<br>1515 S.W. Fifth Avenue, #844<br>Portland OR 97201 | BY HAND ___<br>U.S. MAIL _X_<br>FED.X ___<br>BY FAX ___ |

Attorneys for Defendant Boyle

Dated: March 16, 2007.

JOLLES & BERNSTEIN, P.C.

_____
Bernard Jolles, OSB #63039
Candice Rutter, OSB #02520
of Attorneys for Plaintiff

- CERTIFICATE OF SERVICE