Carl Burnham, Jr., OSB 64008
cburnham@yturrirose.com
YTURRI ROSE, LLP
P O  Box 'S'
Ontario OR  97914
Telephone: (541) 889-5368
Facsimile: (541) 889-2432

  Of Attorneys for Defendant The Dominican Sisters
 Of Ontario, Inc. Dba Holy Rosary Medical Center

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GLENN H. SONSTENG, Personal Representative of the Estate of EDNA M. SONSTENG, Deceased,**<br><br>        Plaintiff,<br><br>    -vs-<br><br>**THE DOMINICAN SISTERS OF ONTARIO, INC.,** an Oregon non-profit corporation, dba, **HOLY ROSARY MEDICAL CENTER; JOSEPH J. BOYLE, M.D.,** and **FRANK J. SPOKAS, M.D.,**<br><br>        Defendants.<br>_____ | Case No. CV06 476 SU<br><br>OBJECTION TO FINDINGS AND RECOMMENDATION<br><br>(By Defendant The Dominican Sisters of Ontario, Inc. dba Holy Rosary Medical Center) |

Defendant The Dominican Sisters of Ontario, Inc. Dba Holy Rosary Medical Center objects to the following statement in the Court's Findings and Recommendation:

Page 1 - OBJECTION TO FINDINGS AND RECOMMENDATION
(332006/cw/d1/10Jul07)

"[S]hould plaintiff recover under the alternative survival theory, the statutory cap may not apply***. If***the recovery is not under the wrongful death statute, no cap should apply." *Findings and Recommendation, page 16.*

Defendant The Dominican Sisters of Ontario, Inc. Dba Holy Rosary Medical Center relies on the Memorandum in Support of Objection to Findings and Recommendations filed by Defendant Boyle on July 9, 2007, and hereby incorporates the same by this reference.

DATED this 10th day of July, 2007.

                YTURRI ROSE, LLP

                /s/ David R. Auxier          For:
                Carl Burnham, Jr.
                OSB #64008
                Telephone: 541/889-5368
                Of Attorneys for Defendant The Dominican Sisters of Ontario, Inc. dba Holy Rosary Medical Center

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 10th day of July , 2007, I caused to be served a true copy of the foregoing OBJECTION TO FINDINGS AND RECOMMENDATION by the method indicated below,

    _X__  U.S. Mail, Postage Prepaid
    ____  Hand Delivered
    ____  Overnight Mail
    ____  Facsimile Transmission
    ____  Electronic Submission

and addressed to each of the following individuals:

Bernard Jolles
Jolles & Bernstein PC
721 SW Oak Street
Portland, OR 97205
 Of Attorneys for Plaintiff

Mr. Timothy J. O'Hanlon
Mautz Baum & O'Hanlon LLP
PO Box 628
Pendleton, OR 97801-0628
 Of Attorneys for Defendant Spokas

David C. Landis
Attorney at Law
1515 SW 5th Ave #844
Portland, OR 97201
   Attorney for Defendant Boyle

                YTURRI ROSE LLP

                /s/ David R. Auxier
                Of Attorneys for Defendant The Dominican Sisters of Ontario, Inc. dba Holy Rosary Medical Center