Timothy J. O'Hanlon, OSB No. 87309
MAUTZ BAUM & O'HANLON, LLP
101 SE BYERS AVE
PO BOX 628
PENDLETON OR 97801-0628
Telephone: (541) 276-2811
Fax:         (541) 276-0543
E-mail:    mbo@mautzetal.com
       Attorneys for Defendant Frank J. Spokas, Jr., M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GLENN H. SONSTENG, Personal Representative of the Estate of EDNA M. SONSTENG, Deceased,<br><br>          Plaintiff,<br><br>   v.<br><br>THE DOMINICAN SISTERS OF ONTARIO, INC., an Oregon non-profit corporation, dba HOLY ROSARY MEDICAL CENTER; JOSEPH J. BOYLE, M.D., and FRANK J. SPOKAS, M.D.,<br><br>          Defendants. | Civil No. 3:06-CV-476-SU<br><br>DEFENDANT SPOKAS' OBJECTION TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

      Defendant Spokas objects to the following Findings and Recommendations of Magistrate Patricia Sullivan:

      1.    Defendant Spokas objects to the Magistrate's finding:

> "Nothing in ORS 30.075 prohibits plaintiff from continuing an action for personal injury as a survival action and maintaining in the same complaint an action for wrongful death. * * *

/ / /

1 - DEFENDANT SPOKAS' OBJECTIONS TO MAGISTRATE'S FINDINGS
    AND RECOMMENDATIONS               (Case No. 3:06 CV-476-SU)

   G:\NWP\1739-106\PLD\OBJ-FIND-RECMD.doc

    Defendants' Motion to Dismiss the survival claim should be denied." Findings and Recommendation, pp. 15 and 16.

2.  Defendant Spokas objects to the Magistrate's finding:

    " * * * should plaintiff recover under the alternative survival theory, the statutory cap may not apply. * * *"

    "Defendant Dr. Spokas's Motion to Strike should be denied." Findings and Recommendation p. 16

 Defendant Spokas' objections are supported by the Memorandum filed herewith.

 DATED this __10th__ day of July, 2007.

        MAUTZ BAUM & O'HANLON, LLP


        By:/s/Timothy J. O'Hanlon
          Timothy J. O'Hanlon
          OSB No. 87309
          Attorneys for Defendant
           Frank J. Spokas, M.D.
          (541) 276-2811

2 - DEFENDANT SPOKAS' OBJECTIONS TO MAGISTRATE'S FINDINGS
 AND RECOMMENDATIONS   (Case No. 3:06 CV-476-SU)

G:\NWP\1739-106\PLD\OBJ-FIND-RECMD.doc

RE:       SONSTENG v. THE DOMINICAN SISTERS OF ONTARIO, INC., ET AL
CASE NO.:   3:06-CV-476-SU
DOCUMENT:   DEFENDANT SPOKAS' OBJECTION TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS

## CERTIFICATE - TRUE COPY

I HEREBY CERTIFY that the foregoing copy of the above-named document(s) is a complete and exact copy of the original.

MAUTZ BAUM & O'HANLON, LLP
Attorneys for Defendant Spokas

By:_____
Timothy J. O'Hanlon

================================================================

## CERTIFICATE(S) OF SERVICE

**Electronic Filing:** I HEREBY CERTIFY that I served the above-named document(s) on the following by electronic filing on July 10, 2007:

| | |
|---|---|
| MR BERNARD JOLLES<br>JOLLES & BERNSTEIN PC<br>721 SW OAK ST 2ND FLR<br>PORTLAND OR  97205 | Attorneys for Plaintiff Sonsteng |
| MR CARL BURNHAM JR<br>YTURRI ROSE LLP<br>89 SW 3RD AVE<br>PO BOX S<br>ONTARIO  97914 | Attorneys for Defendant Dominican Sisters of Ontario, Inc. |

**FAXING/MAILING:**  I HEREBY CERTIFY that I served the above-named document(s) on the following by **FAXING AND MAILING** a **TRUE COPY** thereof, certified by me as such, contained in a sealed envelope with postage fully prepaid, addressed to the last known address and deposited in the post office at Pendleton, Oregon, on July 10, 2007:

MR DAVID C LANDIS            Attorney for Defendant Boyd, M.D.
ATTORNEY AT LAW
1515 SW 5TH AVE  #844        FAX NO. 503-224-5826
PORTLAND OR  97201

MAUTZ BAUM & O'HANLON, LLP
Attorneys for Defendant Spokas

By: /s/ Timothy J. O'Hanlon
Timothy J. O'Hanlon

3  - DEFENDANT SPOKAS' OBJECTIONS TO MAGISTRATE'S FINDINGS
     AND RECOMMENDATIONS            (Case No. 3:06 CV-476-SU)

G:\NWP\1739-106\PLD\OBJ-FIND-RECMD.doc