**Bernard Jolles**, OSB #63939
berniej@jollesbernstein.com
**Candice Rutter**, OSB #02520
candicer@jollesbernstein.com
JOLLES & BERNSTEIN, P.C.
721 S.W. Oak Street, 2nd Floor
Portland, Oregon 97205-3791
Telephone: 503.228.6474
Facsimile: 503.228.0836
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GLENN H. SONSTENG, Personal Representative of the Estate of EDNA M. SONSTENG, Deceased,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE DOMINICAN SISTERS OF ONTARIO, INC., an Oregon non-profit corporation, dba **HOLY ROSARY MEDICAL CENTER**; **JOSEPH J. BOYLE, M.D.**, and **FRANK J. SPOKAS, M.D.**,<br><br>　　　　　　Defendants. | Civil No. 2:06-CV-476-SU<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO FINDINGS AND RECOMMENDATION** |

　　　　Defendant JOSEPH J. BOYLE and defendant THE DOMINICAN SISTERS OF

ONTARIO, INC., DBA HOLY ROSARY MEDICAL CENTER, object to the following statement

in the Court's Findings and Recommendation:

Page 1 -   PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTION TO FINDINGS AND
　　　　　　RECOMMENDATION

> "[S]hould plaintiff recover under the alternative survival theory, the statutory cap may not apply .... If ... the recovery is not under the wrongful death statute, no cap should apply." *Findings and Recommendation, p. 16.*

Defendant FRANK J. SPOKAS objects to the following statements in the Court's Findings and Recommendation:

> Nothing in ORS 30.075 prohibits plaintiff from continuing an action for personal injury as a survival action and maintaining in the same complaint an action for wrongful death. . . .Defendants' Motion to Dismiss the survival claim should be denied.

\* \* \*

> "[S]hould plaintiff recover under the alternative survival theory, the statutory cap may not apply." *Findings and Recommendation, pp. 15-16.*

Plaintiff argues that all such findings are appropriate and that defendants' objections should be denied. Plaintiff relies on the memorandum filed simultaneously herewith.

DATED: July 11, 2007

JOLLES & BERNSTEIN, P.C.

_____
Bernard Jolles, OSB #63039
Candice Rutter, OBS #02520
Attorneys for Plaintiff

Page 2 - PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTION TO FINDINGS AND RECOMMENDATION

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, I served the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO FINDINGS AND RECOMMENDATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO FINDINGS AND RECOMMENDATION** on:

| | |
|---|---|
| Carl Burnham, Jr.<br>Yturi Rose LLP<br>P. O. Box "S"<br>Ontario OR 97914 | BY HAND ___<br>U.S. MAIL _X_<br>FED.X ___<br>BY FAX ___ |

Attorneys for Defendant Hospital

| | |
|---|---|
| Timothy J. O'Hanlon<br>Mautz Baum & O'Hanlon, LLP<br>P. O. Box 628<br>Pendleton OR 97801-0628 | BY HAND ___<br>U.S. MAIL _X_<br>FED.X ___<br>BY FAX ___ |

Attorneys for Defendant Spokas

| | |
|---|---|
| David C. Landis<br>Attorney at Law<br>1515 S.W. 5th Ave #844<br>Portland OR 97201 | BY HAND ___<br>U.S. MAIL _X_<br>FED.X ___<br>BY FAX ___ |

Attorneys for Defendant Boyle

by the means, and at the addresses, indicated.

JOLLES & BERNSTEIN, P.C.

_____
Bernard Jolles, OSB #63039
Candice Rutter, OSB #02520
of Attorneys for Plaintiff

- CERTIFICATE OF SERVICE