IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GLENN H. SONSTENG, Personal Representative of the Estate of EDNA M. SONSTENG, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE DOMINICAN SISTERS OF ONTARIO, INC., an Oregon non-profit corporation, dba HOLY ROSARY MEDICAL CENTER; JOSEPH J. BOYLE, M.D., and FRANK J. SPOKAS, M.D.,<br><br>Defendants. | Civil No. 2:06-CV-00476-SU<br><br>VERDICT |

Your verdict must be unanimous as to each of the following questions that you answer:

We, the jury, find:

1. Was the defendant negligent in one or more of the ways that plaintiff claims

Page 1 - VERDICT

which was a cause of damages to the plaintiff?

    ANSWER: _____
                    Yes or No

If your answer to question 1 is "yes," proceed to question 2.

If your answer to question 1 is "no," your verdict is for the defendant. Do not answer anymore questions. Your presiding juror must sign this verdict form.

    2.    What are plaintiff's damages?

    ANSWER:    Economic Damages    $_____

                      Noneconomic Damages    $_____

Dated: _____, 2009.

                                              _____
                                              Presiding Juror