IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GLENN H. SONSTENG, Personal Representative of the Estate of EDNA M. SONSTENG, Deceased,**<br><br>                    Plaintiff,<br><br>           v.<br><br>**THE DOMINICAN SISTERS OF ONTARIO, INC.**, an Oregon non-profit corporation, dba **HOLY ROSARY MEDICAL CENTER; JOSEPH J. BOYLE, M.D.**, and **FRANK J. SPOKAS, M.D.**,<br><br>                    Defendants. | Civil No. 2:06-CV-00476-SU<br><br>VERDICT |

    Your verdict must be unanimous as to each of the following questions that you answer:

    We, the jury, find:

    1.    Is defendant charged with knowledge of the contents of the chest x-ray of

Page 1 - VERDICT

February 24, 2000?

    ANSWER: _____
                  Yes or No

If your answer to question 1 is "yes," proceed to question 2.

If your answer is "no," the action is untimely, and your verdict is for the defendant.

Do not answer anymore questions. Your presiding juror must sign this verdict form.

    2.    Was the defendant negligent in one or more of the ways that plaintiff claims which was a cause of damages to the plaintiff?

    ANSWER: _____
                  Yes or No

If your answer to question 2 is "yes," proceed to question 3. If your answer to question 2 is "no," your verdict is for the defendant. Do not answer anymore question. Your presiding jury must sign this verdict form.

    3.    What are plaintiff's damages?

    ANSWER:    Economic Damages    $_____

                      Noneconomic Damages    $_____

    Dated: _____, 2009.

                                        _____
                                        Presiding Juror