FILED'09 JUN 22 10:44USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GLENN H. SONSTENG,
Personal Representative of the Estate of
EDNA M. SONSTENG, Deceased,

          Plaintiff,

v.

THE DOMINICAN SISTERS OF
ONTARIO, INC., an Oregon non-profit
corporation, dba HOLY ROSARY
MEDICAL CENTER; JOSEPH J. BOYLE,
M.D.; and FRANK J. SPOKAS, M.D.,

          Defendants.

Case No. CV 06-476-SU

VERDICT FORM

We, the jury, unanimously find as follows:

### NEGLIGENCE CLAIM

1. Was defendant Dr. Spokas negligent in one or more of the ways that plaintiff claims and, if so, was such negligence a cause of injury or damage to the plaintiff and plaintiff's decedent?

   YES_____    NO__X__

   *If you answered "Yes" to question one, proceed to question two. If you answered "No" to question one, your verdict is for the defendant. Do not answer anymore questions. Your presiding juror should sign and date this verdict form.*

1

2. Were defendants Holy Rosary Medical Center ("HRMC") and Dr. Boyle at fault in one or more of the ways that plaintiff claims and, if so, was such negligence a cause of injury or damage to the plaintiff and plaintiff's decedent?

   YES_____    NO_____

   *If you answered "Yes", proceed to question three. If you answered "No", proceed to question four.*

3. What is the percentage of each party's negligence that caused injury or damage to the plaintiff and plaintiff's decedent?

   Defendant Dr. Spokas             _____%

   Defendants HRMC/Dr. Boyle        _____%

   The percentages must total 100%.

   *Proceed to question four.*

4. Did defendant Dr. Spokas's negligence cause the decedent's death (wrongful death claim) or negligently injure the decedent (survivorship claim)? You may only select one of these claims.

   Wrongful Death Claim _____    Survivorship Claim _____

   *If you answered "Wrongful Death", proceed to question five. If you answered "Survivorship", proceed to question six.*

   **DAMAGES-WRONGFUL DEATH CLAIM**

5. What are the plaintiff's damages?

   Economic Damages     $_____

   Noneconomic Damages  $_____

   Do not reduce the damages by defendants combined percentages of negligence, if any, because the court will do this when entering judgment.

   *Do not answer anymore questions. Your presiding juror should sign and date this verdict form.*

2

## DAMAGES-SURVIVORSHIP CLAIM

6. What are the plaintiff's damages?

   Noneconomic Damages  $_____

   Do not reduce the damages by defendants combined percentages of negligence, if any, because the court will do this when entering judgment.

   *Do not answer anymore questions. Your presiding juror should sign and date this verdict form.*

You have now completed your deliberations. The foreperson should sign and date the verdict form on the lines below and then inform the Court that you have completed your deliberations and reached a verdict.

THIS IS THE UNANIMOUS VERDICT OF WE, THE JURY

DATED: 6-19-2009

_Roga V Robinson_
Foreperson of the Jury